1026

No. 93–6049. SANDERLIN ET VIR v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied. 

No. 93–6066. PARRA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 93–6123. CLARKE v. UNIVERSITY OF NORTH TEXAS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 93–6217. BLACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–6270. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–6294. SOLOMON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 93–6297. TURNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 93–6326. HETHERINGTON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–6384. BEN-AVRAHAM v. MOSES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–6393. SCHURZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 93–6409. FRANKLIN v. ADKINS, ASSISTANT SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied. 

No. 93–6410. HECTOR v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 93–6411. YOUNG v. GRIFO. C. A. 3d Cir. Certiorari denied.

No. 93–6413. THOMAS v. EVANS ET AL. C. A. 11th Cir. Certiorari denied.